JESSE O. DEDMON, JR., et al., Respondents, *v.* HUBERT F. JULIAN, Appellant.

Submitted April 20, 1954; decided April 23, 1954.

*Bernard A. Grossman* and *Theodore R. Kupferman* for appellant.

*Andrew D. Weinberger* and *Vertner W. Tandy, Jr.,* for respondents.

Appeal dismissed, with costs, upon the ground that the judgment does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.